# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>vs.<br><br>ADAM JACOB JONES,<br><br>　　　　　Defendants | Case No.: 3:21-mj-00569-MMS<br><br> Nov 10 2021 |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Katie Yarborough, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. This affidavit is submitted in support of a criminal complaint against ADAM JACOB JONES for violating 18 U.S.C. § 2113(a) – Bank Robbery.

2. I am familiar with the information contained in this affidavit based upon the investigation I have conducted, in conjunction with other federal, state, and local law enforcement officials, which has included exchanging information with law enforcement officers and others; reviewing video surveillance, reports, database records and other information acquired during this investigation; and reviewing evidence obtained therefrom; and interviewing witnesses.

3. Because I submit this affidavit for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me or the government. I

1



have only included those facts necessary to establish probable cause to believe that ADAM JACOB JONES has committed a violation of 18 U.S.C.§§ 2113(a).

4.  I have been a Special Agent (SA) with the Federal Bureau of Investigation (FBI) since approximately March of 2019. For the duration of my tenure as a SA, I have been assigned to the counterintelligence squad within the Anchorage Field Office of the FBI. Additionally during my employment with the FBI, I have assisted with the investigation of criminal matters within the jurisdiction of the FBI, with emphasis in the areas of drug trafficking, violent crimes, and street gangs by helping execute search warrants, conducting surveillance, and monitoring TIIIs. Prior to employment with the FBI, I was employed as a legislative auditor for the Medicaid Division with the State of Tennessee.

5.  Through the Federal Department of Justice, I received twenty-one weeks of specialized training at the FBI Academy in Quantico, Virginia. During this training I became familiar with understanding Federal laws pertinent to money laundering, organized crime, bank robbery, sale and distribution of controlled substances, as well as cyber-crime, social-media networks and internet-protocol platforms.

6.  As a federal agent, I am authorized to investigate violations of the laws of the United States and am a law enforcement officer with authority to execute federal search and arrest warrants.



## **RELEVANT STATUTES AND REGULATIONS**

7. The relevant statutory authority and terms used in this affidavit and its attachments are described and defined below.

    a. 18 U.S.C. § 2113(a), states: "Whoever, by force and violence, or by intimidation, takes, or attempts to take, from the person or presence of another, or obtains or attempts to obtain by extortion any property or money or any other thing of value belonging to, or in the care, custody, control, management, or possession of, any bank, credit union, or any savings and loan association; or whoever enters or attempts to enter any bank, credit union, or any savings and loan association, or any building used in whole or in part as a bank, credit union, or as a savings and loan association, with intent to commit in such bank, credit union, or in such savings and loan association, or building, or part thereof, so used, any felony affecting such bank, credit union, or such savings and loan association and in violation of any statute of the United States, or any larceny- shall be fined under this title or imprisoned not more than twenty years, or both."

    b. 18 U.S.C. § 2113(g), states: "As used in this section the term 'credit union' means any Federal credit union and any State-chartered credit union the accounts of which are insured by the National Credit Union Administration Board, and any 'Federal credit union' as defined in section 2 of the Federal Credit Union Act. The term 'State-chartered credit union' includes a credit union

3

Case 3:21-mj-00569-MMS   Document 1-1   Filed 11/10/21   Page 3 of 10


Nov 10 2021

chartered under the laws of a State of the United States, the District of Columbia, or any commonwealth, territory, or possession of the United States."

## **PROBABLE CAUSE**

8. Alaska USA Federal Credit Union (AK USA FCU) is a credit union that was, at all times relevant to this complaint, insured by the National Credit Union Administration Board. AK USA FCU operates a number of branches in Anchorage, Alaska to provide financial services to its members.

9. At approximately 1:56 p.m. on November 8, 2021, a white male entered the AK USA FCU branch located at 2600 Debarr Road. He was wearing green or grey casual pants, tan and black ankle high shoes, a dark blue winter jacket, a dark hoodie with the hood up, and a black winter cap covering his head. He was approximately five foot, six inches tall based on observations made by AK USA FCU employees. He was wearing a multi-camouflage backpack bearing white, black, and tan colors. Upon entering the branch, he stood in line behind several customers while pacing back and forth and waited in the queue. At approximately 2:14 p.m., he approached a teller booth and began communicating with an AK USA FCU employee. He placed both hands on the counter and used them to slide a paper note towards the employee. The employee read the note and noticed it was written in blue ink, and that it stated he had a gun, and that he had people outside in a car with guns. The employee told him she needed to go to her desk to get cash for him. At approximately 2:15 p.m., the employee walked away from her station, walked to her assigned desk a few feet away,



and collected five $100 dollar pre-marked bills maintained by the credit union. The employee then returned to her station and provided the five bills to him. At approximately 2:16 p.m., he exited the main entrance of the branch location and fled the scene on foot, running northbound across Debarr road and out of sight.

10. Officers from the Anchorage Police Department and agents from the FBI responded to the scene. They recovered a single fingerprint from the teller station.

11. The map below depicts the location of the AK USA FCU branch:



12. Agents collected video surveillance footage from AK USA FCU. After review, an adult white male can be seen on surveillance cameras approaching

AK USA FCU on foot from the north. The male crosses the drive path that leads to drive-up teller access and enters the franchise through the main walk-in entrance. The male did not appear to be accompanied by any other persons and appeared to be traveling alone.

13. Further review of footage shows clear facial images of the male when he approaches the teller station at the 2:14 p.m. timestamp. Footage shows the male use both hands to pass a paper note under a plastic partition; the male retains possession of the note and conceals it back on his person after communicating with the teller. It is apparent from the images that the male has a tattoo on each of the backs of his hands.

14. The images below depict the facial features and the tattoos:









15. At approximately 3:00 p.m. on November 9, 2021, Anchorage Police Department patrol officers contacted an adult male matching the description of
7







15. At approximately 3:00 p.m. on November 9, 2021, Anchorage Police Department patrol officers contacted an adult male matching the description of



the photos above. The male fled on foot in an attempt to elude law enforcement but was quickly apprehended.

16. When detained, the male was wearing green or grey casual pants, tan and black ankle high shoes, a dark blue winter jacket, a dark hoodie with the hood up, and a black winter cap covering his head. He was wearing a camouflaged backpack matching the depiction in the surveillance images. The male was detained at the scene, and a search for weapons was conducted by Anchorage Police Department. An Alaska identification card was found in his wallet which identified him as ADAM JACOB JONES (JONES). Anchorage Police determined that JONES had an outstanding warrant for Theft in the Third Degree, a Class A misdemeanor.

17. No further search was conducted of JONES' person or his property.

18. On November 9, 2021 at approximately 4:10 p.m., JONES was transported by Anchorage Police to the FBI headquarters office located in Anchorage. JONES was relocated into an interview room where he was read his Miranda Rights; JONES requested legal representation and was asked no further questions regarding this investigation. This interview was recorded.

19. JONES was transported to Anchorage Correctional Center where he was remanded on probable cause for the above alleged crimes, as well as for his outstanding warrant. During processing, it became apparent to the FBI agents that JONES bore one tattoo on each of the backs of his hands.

20. The image below depicts facial depiction and tattoo design:



//

//

//

//

//

//

## CONCLUSION

21. Based upon the information above, your affiant submits that there is probable cause to believe that ADAM JACOB JONES took, by force and violence and by intimidation, money belonging to, or under the care, custody,

9

 Nov 10 2021

and control of, Alaska USA Federal Credit Union located at 2600 Debarr Road, in Anchorage, Alaska in violation of 18 U.S.C. § 2113(a) - Bank Robbery.

Respectfully submitted,

Katie Yarborough
Special Agent
Federal Bureau of Investigation

Digitally signed by Matthew Scoble
Date: 2021.11.10 16:12:04 -09'00'

United States Magistrate Judge
District of Alaska
Anchorage, Alaska